# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160930

JOHN STANTON and ROBIN STANTON,
      Plaintiffs-Appellees,

v

ANCHOR BAY SCHOOL DISTRICT and
LEONARD WOODSIDE,
      Defendants,
and

SHERRY KENWARD,
      Defendant-Appellant.

SC: 160930
COA: 345110
St Clair CC: 18-000314-CK

_____/

      On order of the Court, the application for leave to appeal the January 7, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2020



Clerk

t1116